# United States District Court
## EASTERN DISTRICT OF CALIFORNIA


**FILED**
NOV 3 0 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

|  |  |
|---|---|
| United States of America  )<br>vs.  )<br>Suzanne Barnett  )<br>  ) | Case No.<br>06-171 OWW |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Suzanne Barnett_____, have discussed with _____JACOB M. SCOTT_____, Supervising Pretrial Officer, modifications of my release conditions as follows:

Vacate the following conditions: You shall be placed in the third party custody of WestCare California Inc.; Reside at WestCare, California, Inc. residential substance abuse treatment as directed by program staff and Pretrial Services; Should you secure employment, reimburse PTS for the cost of placement as directed by the PSO; Undergo medical or psychiatric treatment and/or remain in an institution, as follows: Including treatment for drug and/or alcohol dependency, and pay for costs as approved by the PSO.

I consent to this modification of my release conditions and agree to abide by this modification.

_/s/ Suzanne Barnett_     11-28-06          _/s/ Jacob M. Scott_     11/28/06
Signature of Defendant    Date              Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_/s/_                                        11/28/2006
Signature of Assistant United States Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_/s/_                                        11/30/06
Signature of Defense Counsel                 Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on _Nov. 30, 2006_.
[ ] The above modification of conditions of release is *not* ordered.

_/s/_                                        11/30/06
Signature of Judicial Officer                Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services