**JOAN JACOBS LEVIE, #179787**
**LAW OFFICES OF JOAN JACOBS LEVIE**
2014 TULARE STREET, SUITE 528
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 498-8155
FACSIMILE: (559) 498-8165

Attorney for Defendant, SUZANNE BARNETT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SUZANNE BARNETT, et al.,<br><br>    Defendant. | CASE NO. CR-F-06-0171 OWW<br><br>**STIPULATION TO CONTINUE TRIAL CONFIRMATION HEARING; ORDER**<br><br>SCHED. DATE:  June 30, 2008<br>REQST. DATE:  July 7, 2008<br>TIME:                  9:00 A.M.<br>COURT: The Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED between the parties, by and through counsel for the government, Laurel Montoya, and Joan Jacobs Levie, counsel for Defendant SUZANNE BARNETT, that the date established for the trial confirmation hearing, currently scheduled for June 30, 2008 at 9:00 a.m. in the courtroom of the Hon. Oliver W. Wanger be continued until July 7, 2008 at 9:00 a.m. in the courtroom of the Hon. Oliver W. Wanger

DATED: June 13, 2008

Respectfully submitted,

/S/ Joan Jacobs Levie
JOAN JACOBS LEVIE
Attorney for Defendant,
SUZANNE BARNETT

-1-

**<u>ORDER</u>**

IT IS HEREBY ORDERED that the date of the trial confirmation proceedings will be continued in accordance with the above stipulation of counsel.  The defendant is ordered to return to court for further proceedings on July 7, 2008 at 9:00 a.m.

DATED:  June 13, 2008

                            By: /s/ OLIVER W. WANGER
                                OLIVER W. WANGER
                                Judge of the United States District Court

PDF created with pdfFactory trial version www.pdffactory.com