**JOAN JACOBS LEVIE, #179787**
**LAW OFFICES OF JOAN JACOBS LEVIE**
2014 TULARE STREET, SUITE 528
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 498-8155
FACSIMILE:  (559) 498-8165

Attorney for Defendant, SUZANNE BARNETT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>SUZANNE BARNETT, et al.,<br><br>   Defendant.<br>_____ | CASE NO. CR-F-06-0171 OWW<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; ORDER**<br><br>SCHED. DATE:   September 22, 2008<br>REQST. DATE:   October 20, 2008<br>TIME:                  9:00 A.M.<br>COURT: The Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED between the parties, by and through counsel for the government, Laurel Montoya, and Joan Jacobs Levie, counsel for Defendant SUZANNE BARNETT, that the date established for the sentencing hearing, currently scheduled for September 22, 2008 at 9:00 a.m. in the courtroom of the Hon. Oliver W. Wanger be continued until October 20, 2008 at 9:00 a.m. in the courtroom of the Hon. Oliver W. Wanger in order to mutually resolve some sentencing issues. Ms Montoya is out of the office until September 9, 2008 and Ms Levie is out of the office from September 5-21, 2008.

DATED: August 28, 2008

                              Respectfully submitted,

                              /S/ Joan Jacobs Levie____
                              JOAN JACOBS LEVIE
                              Attorney for Defendant,
                              SUZANNE BARNETT

-1-

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

Having read the stipulation of counsel and finding good cause, IT IS HEREBY ORDERED that the date of the sentencing proceedings will be continued in accordance with the above stipulation of counsel. The defendant is ordered to return to court for further proceedings on October 20, 2008.

DATED: August 27, 2008

> By: /s/ OLIVER W. WANGER
> OLIVER W. WANGER
> Judge of the United States District Court

PDF created with pdfFactory trial version www.pdffactory.com