**JOAN JACOBS LEVIE, #179787**
**LAW OFFICES OF JOAN JACOBS LEVIE**
2014 TULARE STREET, SUITE 528
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 498-8155
FACSIMILE:  (559) 498-8165

Attorney for Defendant, SUZANNE BARNETT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. CR-F-06-0171 OWW |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** |
| vs. | |
| SUZANNE BARNETT, et al., | SCHED. DATE:   October 20, 2008 |
| Defendant. | REQST. DATE:   January 12, 2009 |
| | TIME:                   9:00 A.M. |
| | COURT: The Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED between the parties, by and through counsel for the government, Laurel Montoya, and Joan Jacobs Levie, counsel for Defendant SUZANNE BARNETT, that the date established for the sentencing hearing, currently scheduled for October 20, 2008 at 9:00 a.m. in the courtroom of the Hon. Oliver W. Wanger be continued until January 12, 2009 at 9:00 a.m. in the courtroom of the Hon. Oliver W. Wanger in order to mutually resolve some sentencing issues. Sentencing discussions and negotiations are underway between both counsel and U.S. Probation.

//

//

//

-1-

PDF created with pdfFactory trial version www.pdffactory.com

Both counsel are aware that a sentencing evidentiary hearing might become necessary which they are attempting to avoid if possible.

DATED: October 16, 2008

Respectfully submitted,

/S/ Joan Jacobs Levie
JOAN JACOBS LEVIE
Attorney for Defendant,
SUZANNE BARNETT


/S/ Laurel J. Montoya
LAUREL J. MONTOYA
Assistant U.S. Attorney

✯ ✯ ✯ ✯ ✯

## **ORDER**

Having read the stipulation of counsel and finding good cause,

IT IS HEREBY ORDERED that the date of the sentencing proceedings will be continued in accordance with the above stipulation of counsel. The defendant is ordered to return to court for further proceedings on January 12, 2009.

DATED: October 16, 2008

By: OLIVER W. WANGER
    OLIVER W. WANGER
    Judge of the United States District Court

PDF created with pdfFactory trial version www.pdffactory.com