**JOAN JACOBS LEVIE, #179787**
LAW OFFICES OF JOAN JACOBS LEVIE
2014 TULARE STREET, SUITE 528
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 498-8155
FACSIMILE: (559) 498-8165

Attorney for Defendant, SUZANNE BARNETT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-F-06-0171 OWW |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** |
| vs. | SCHED. DATE:   October 20, 2008 |
| SUZANNE BARNETT, et al., | REQST. DATE:   January 12, 2009 |
| Defendant. | TIME:                 9:00 A.M. |
| | COURT: The Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED between the parties, by and through counsel for the government, Laurel Montoya, and counsel for Defendant SUZANNE BARNETT, Joan Jacobs Levie, that the date of the sentencing hearing, currently scheduled for January 12, 2009 at 9:00 a.m. in the courtroom of the Hon. Oliver W. Wanger, be continued until February 17, 2009 at 9:00 a.m. in the courtroom of the Hon. Oliver W. Wanger.  The purpose for the postponement is to continue discussions directed at resolving sentencing issues that would otherwise require an evidentiary hearing.  Sentencing discussions and negotiations have been and continue to be ongoing between both counsel.

Both counsel are aware that a sentencing evidentiary hearing might become necessary which they are attempting to avoid if possible. Defense counsel requests this court to reserve two hours for an evidentiary hearing should the issues fail to resolve.

DATED: December 17, 2008

                                              Respectfully submitted,

                                              /S/ Joan Jacobs Levie  
                                              JOAN JACOBS LEVIE  
                                              Attorney for Defendant,  
                                              SUZANNE BARNETT

                                              /S/ Laurel J. Montoya  
                                              LAUREL J. MONTOYA  
                                              Assistant U.S. Attorney

                                    ✲ ✲ ✲ ✲ ✲

## **ORDER**

Having read the stipulation of counsel and finding good cause,

IT IS HEREBY ORDERED that the date of the sentencing proceedings will be continued in accordance with the above stipulation of counsel. The defendant is ordered to return to court for further proceedings on February 17, 2009 at 9:00 a.m.

DATED: 12/16/2008

                                    By: /s/ OLIVER W. WANGER  
                                         OLIVER W. WANGER  
                                         Judge of the United States District Court