Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

**FILED**
**OCT - 8 2009**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| **Offender Name:** | Suzanne Barnett |
| **Docket Number:** | 1:06CR00171-02 OWW |
| **Offender Address:** | Fresno, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 03/18/2009 |
| **Original Offense:** | 18 USC 4, Misprison of a Felony<br>(CLASS E FELONY) |
| **Original Sentence:** | 60 months probation, mandatory drug testing, $100 special assessment. |
| **Special Conditions:** | 1) Search; 2) Financial disclosure; 3) Drug and alcohol treatment; 4) Drug and alcohol testing; 5) Abstain from alcohol use; 6) Mental health treatment; 7) Co-payment plan; 8) Reside 5 months in a residential comprehensive sanction center; 9) Comply with 5 months home detention. |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 03/18/2009 |
| **Assistant U.S. Attorney:** | Laurel J. Montoya    **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Joan Jacobs Levie    **Telephone:** (559) 498-8155 |
| **Other Court Action:** | None |

RE:     **BARNETT, Suzanne**
        **Docket Number:  1:06CR00171-02**
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

The defendant shall complete 50 hours of unpaid community service as directed by the probation officer. The defendant shall pay fees attendant to participation and placement in this program, on a sliding scale as determined by the program. Community service shall be completed by April 2010.

**Justification:** On May 22, 2009, the offender commenced placement at Turning Point Residential Re-entry Center, as ordered by a special condition of her probation supervision. On September 5, 2009, while at the center, the offender submitted a random breath test which revealed a Breath Alcohol Content (BAC) of .15%. The offender submitted a second breath test which revealed a BAC of .19%. According to the offender, she was feeling stressed about family issues and admitted drinking alcohol that evening. She has expressed remorse for her actions and has requested to remain at the center. Turning Point officials have agreed to allow the offender to continue her placement as long as she complies with the rules and regulations of the program.

In order to address this violation and issues of accountability, this officer is recommending the Court modify her conditions of supervision to reflect the above special condition. Attached is the signed "Waiver of Hearing to Modify Conditions of Supervised Release..." This modification will allow the offender to maintain her employment and complete her sentence as ordered by the Court.

RE:   BARNETT, Suzanne
      Docket Number: 1:06CR00171-02
      **PETITION TO MODIFY THE CONDITIONS OR TERM
      OF SUPERVISION WITH CONSENT OF THE OFFENDER**

Respectfully submitted,

/s/ Marlene K. DeOrian

**MARLENE K. DEORIAN
Senior United States Probation Officer**
Telephone: (559) 499-5729

DATED:   09/29/2009
         Fresno, California
         mkd

REVIEWED BY:   /s/ Michael W. Armistead for:
               **HUBERT J. ALVAREZ
               Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

(X)   Modification approved as recommended.

( )   Modification not approved at this time. Probation Officer to contact Court.

( )   Other:

10-5-09
Date                                           Signature of Judicial Officer

cc:   United States Probation
      Laurel Montoya, Assistant United States Attorney
      Joan Jacobs Levie, Assistant Federal Defender
      Defendant
      Court File